UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| MICHAEL EINHORN,<br>   Plaintiff, | CASE NO. 1:23-cv-03973 |
| vs. | **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE** |
| TRANS UNION, LLC,<br>   Defendant. | |

Defendant Trans Union LLC, improperly identified as Transunion, ("Trans Union") by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Date: <u>May 30, 2023</u>      Respectfully submitted,

               */s/ Joshua A. Stiers*
               Joshua A. Stiers, Esq. (NY #5256177)
               Schuckit & Associates, P.C.
               4545 Northwestern Drive
               Zionsville, IN 46077
               Telephone: (317) 363-2400, Ext. 123
               Fax: (317) 363-2257
               E-Mail: jstiers@schuckitlaw.com

               *Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of May, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or email, on the **30th day of May, 2023** properly addressed as follows:

| **For Plaintiff Michael Einhorn** <br> Hashim Rahman, Esq. <br> Rahman Legal <br> 43 W 43rd Street, Suite 204 <br> New York, NY 10036 <br> hrahman@rahmanlegal.com | |
|---|---|

*/s/ Joshua A. Stiers*
Joshua A. Stiers, Esq. (NY #5256177)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 123
Fax:  (317) 363-2257
E-Mail: jstiers@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*