# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

September 13, 2023

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:       Status Report
                           Einhorn v. Trans Union LLC
                           Case No. 1:23-cv-03973-MKB-SJB

Dear Judge Bulsara,

      The parties submit this joint status report in advance of the initial conference scheduled for this Friday, September 15, 2023, at 2:00 PM. The parties have conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and we submitted a proposed discovery plan on August 30, 2023. (*See* ECF Doc. # 6.) Furthermore, Trans Union LLC ("Trans Union") served the Plaintiff with discovery requests on or about September 1, 2023. On September 5, 2023, the Plaintiff served a notice of deposition on Trans Union pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. As per the notice, the deposition date was scheduled for this Friday. However, the parties are currently in the process of rescheduling the date.

      We look forward to discussing this case with you at the conference.


Respectfully submitted,

/s/ Hashim Rahman                                                   /s/ Joshua A. Stiers

hrahman@rahmanlegal.com                             jstiers@schuckitlaw.com

*Attorney for the Plaintiff*                                                  *Attorney for Trans Union LLC*