# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

October 16, 2023

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Request to Extend Time to Amend Pleadings
                 Einhorn v. Trans Union LLC
                 Case No. 1:23-cv-03973-MKB-SJB

Dear Judge Bulsara,

    I represent the Plaintiff in the above-stated action, and I write to request a three-week extension of the time to amend pleadings.[1] The deadline to amend pleadings is today. (*See* Order issued on September 15, 2023.) If the Court grants this request, the new deadline would be November 6, 2023. The Defendant has not consented to this request as of yet.[2]

    The Plaintiff makes this request because additional time is needed to obtain documents and information pertaining to the credit reporting at issue in this case. The Plaintiff is expecting to receive information pursuant to a document subpoena and a deposition in the coming weeks, and this will help determine the need for an amended pleading.

    There have been no prior requests to extend the Court-ordered deadline to amend pleadings. However, the Plaintiff previously requested an extension of the pleadings deadline that the parties proposed in their case management plan.

    For the foregoing reasons, the Plaintiff asks the Court to grant the relief requested herein.

                                                                    Respectfully submitted,

                                                                    /s/ Hashim Rahman

                                                                    Email: hrahman@rahmanlegal.com

---

[1] The Plaintiff does not seek an extension of the time to add new parties.
[2] Understandably, the Defendant's counsel has not yet responded to an email I sent on 10/16/23 at 9:57 PM. I intended to contact opposing counsel earlier but neglected to do so.