UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Michael Einhorn,

       Plaintiff,

v.

       Case No. 1:23-cv-03973-MKB-SJB

Trans Union LLC,

       Defendant.

-------------------------------------------------------------X

**NOTICE OF SETTLEMENT**

The Plaintiff and the Defendant respectfully inform the Court that they have agreed to a settlement in principle. The parties are presently finalizing the agreement and anticipate filing a stipulation of dismissal with prejudice within 45 days.

Dated: November 15, 2023

Respectfully submitted,

| /s/ Hashim Rahman | /s/ Joshua Stiers |
|---|---|
| Hashim Rahman, Esq. | Joshua A. Stiers, Esq. |
| hrahman@rahmanlegal.com | jstiers@schuckitlaw.com |
| Tel.: 1-212-301-7641 | Tel. 1-317-363-2400 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant Trans Union LLC* |