# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

February 19, 2024

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Status Letter
                    Einhorn v. Trans Union LLC
                    Case No. 1:23-cv-03973-MKB-SJB

Dear Judge Bulsara,

      I represent the Plaintiff in the above-stated matter. I regret to inform the Court that the parties are not able to agree to a stipulation of dismissal. The Plaintiff contends that the Defendant has not abided by the carefully negotiated terms of the settlement agreement. The Defendant claims that the provision that has not been followed is invalid under the law.

      Counsel are working on a briefing schedule for a motion to enforce the settlement agreement. The Plaintiff shall submit this schedule to the Court shortly.

                                               Respectfully submitted,

                                               /s/ Hashim Rahman
                                               hrahman@rahmanlegal.com

                                               *Attorney for the Plaintiff*