# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

March 1, 2024

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Response Opposing Telephone Conference
Einhorn v. Trans Union LLC
Case No. 1:23-cv-03973-MKB-SJB

Dear Judge Bulsara,

I represent the Plaintiff in the above-stated matter, and I am writing to respectfully oppose the Defendant's request to appear by video or telephone for the conference scheduled for March 21, 2024.

Given the importance of the issue at hand, an in-person conference is appropriate and more likely to be effective. As noted in my prior filing, the parties have spent an extraordinary amount of time negotiating the language of the agreement at issue. I further noted that I will be able to provide the Court with documentation showing that the language was not inadvertent as the Defendant claims.

For these reasons, the Plaintiff respectfully asks the Court to deny the Defendant's motion and allow for the conference to proceed in person.

Respectfully submitted,

/s/ Hashim Rahman
hrahman@rahmanlegal.com

*Attorney for the Plaintiff*