# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.301.7641
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

March 14, 2024

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Motion to Allow Submission of Ex Parte Statements
                  Einhorn v. Trans Union LLC
                  Case No. 1:23-cv-03973-MKB-SJB

Dear Judge Bulsara,

      I represent the Plaintiff in the above-stated matter. The Court has scheduled a status conference for March 21, 2024, to discuss issues pertaining to settlement. (*See* Orders entered February 22 and March 1, 2024; *see also*, ECF Doc's 19-20.) In connection with this, I ask the Court to allow the parties to submit ex parte statements by facsimile or by another means that would preserve confidentiality. Such statements would yield a more produce conference and allow the Court to better understand the parties' respective positions. I have sought consent for this motion, but the Defendant's counsel, Camille Nicodemus, has not indicated whether she consents or not.[1]

                                                          Respectfully submitted,

                                                          /s/ Hashim Rahman
                                                          hrahman@rahmanlegal.com

                                                          *Attorney for the Plaintiff*

---

[1] On March 5, 2024, I sent an email to Ms. Nicodemus stating, "I will ask the Court to allow us to submit ex parte statements in advance of the conference. If the Court allows that, I will share my submission so you can better understand where I am coming from. Let me know if you consent to a motion to allow ex parte statements." She responded the same day, stating, "I have no idea what you are talking about with regard to 'a motion to allow ex parte statements.'"