## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK (BROOKLYN)

MICHAEL EINHORN,  
    Plaintiff,

vs.

TRANS UNION, LLC,  
    Defendant.

CASE NO. 1:23-cv-03973-MKB-SJB

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 21, 2024, Plaintiff Michael Einhorn ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, respectfully submit this Joint Status Report and state as follows:

The parties have worked out a resolution to the matters that were discussed at the March 21, 2024 status conference. Once the resolution is finalized, the parties will file a Stipulation of Dismissal and anticipate that will occur on or before May 6, 2024.

Date: April 22, 2024

Respectfully submitted,

*/s/ Camille R. Nicodemus*  
Camille R. Nicodemus, Esq.  
Quilling, Selander, Lownds, Winslett & Moser, P.C.  
10333 North Meridian Street, Suite 200  
Indianapolis, IN 46290  
Telephone: (317) 497-5600, Ext. 601  
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union, LLC*

*/s/ Hashim Rahman*  
Hashim Rahman, Esq.  
Rahman Legal  
43 W 43rd Street, Suite 204  
New York, NY 10036  
E-Mail: hrahman@rahmanlegal.com

*Counsel for Plaintiff Michael Einhorn*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of April, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Hashim Rahman, Esq. hrahman@rahmanlegal.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of April, 2024** properly addressed as follows:

| None. | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union, LLC*